B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Paul Douglas McCraw**

_____,
Debtor

Case No. _____**11-20519**_____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 213,960.00 | | |
| B - Personal Property | Yes | 9 | 38,833.98 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 356,609.99 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 6,443,417.20 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 5,800.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,775.76 |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 252,793.98 | | |
| Total Liabilities | | | | 6,800,027.19 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re   **Paul Douglas McCraw** _____ ,
                             Debtor

Case No. _____**11-20519**_____

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Paul Douglas McCraw**                     ,     Case No.   **11-20519**

                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4800 Bayview Drive, PH1**<br>**Fort Lauderdale, FL   33308-4925**<br><br>**aka Coral Towers Condo Unit PH1C** | **Fee simple** | - | **213,960.00** | **356,609.99** |

| | | |
|---|---|---|
| Sub-Total > | **213,960.00** | (Total of this page) |
| Total > | **213,960.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Paul Douglas McCraw**                                                          ,        Case No.      **11-20519**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **cash** | - | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Community Bank of Broward account ending in 3061** | - | 488.98 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Living Room: 2 Leather Sofas (12 yr old) $250.00 2 Fabric Chairs (10 yr old) $100.00 1 Glass Marble Table (20 yrs old) $30.00 Ceramic Urn (25 yrs old) $5.00 Sigel Rug (5 yrs old) $25.00 Dining Room: Table & 4 charis $250.00 1 Cabinet (25 yrs old) $30.00 Buffet Cabinet (25 yrs old) $30.00 Kitchen: Sm. appliances-microwave, blender (20 yrs old) $10.00 dishes, glasses, utensils (20 yrs old) $10.00 pots & pans, cooking utensils (20 yrs old) $10.00 appliances (20 yrs old) $50.00 Lucite Wire Rack (10 yrs old) $10.00 Wood Wire Rack (15 yrs old) $5.00** | - | 815.00 |

|  | Sub-Total >    (Total of this page) | 1,353.98 |
|---|---|---|

  **5**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Paul Douglas McCraw**                                                    Case No.    **11-20519**
                                                                          ,
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Master Bedroom:** | **-** | **975.00** |
| | | **1 King bed (15 yrs old) $125.00** | | |
| | | **2 night stands (5 yrs old) $20.00** | | |
| | | **TV/DVD (15 yrs old) $5.00 no remote** | | |
| | | **Radio/Stereo/CD (7 yrs old) $10.00** | | |
| | | **Chaise-Leather (10 yrs old) $100.00** | | |
| | | **Floor Lamp (10 yrs old) $10.00** | | |
| | | **3 Book shelves (15 yrs old) $30.00** | | |
| | | **Bedroom 2:** | | |
| | | **1 Queen bed (20 yrs old) $125.00 (head board only)** | | |
| | | **1 night stand (10 yrs old) $10.00** | | |
| | | **Leather chair *10 yrs old) $20.00** | | |
| | | **3 Book shelves (15 yrs old) $30.00** | | |
| | | **1 sm.side table (10 yrs) $5.00** | | |
| | | **2 lamps (10 yrs old) $10.00** | | |
| | | **Sigel Rug (5 yrs old) $20.00** | | |
| | | **Bedroom 3/Den:** | | |
| | | **Sofa (30 yrs old) $10.00** | | |
| | | **1 table stand (4 yrs odl) $5.00** | | |
| | | **TV/DVD/VCR/Stand/Speakers (10 yrs old) $5.00** | | |
| | | **2 Leather Chairs (3 yrs old) $25.00** | | |
| | | **1 Glass Marble Sm Table (20 yrs old) $20.00** | | |
| | | **1 Acrylic Light Stand $5.00** | | |
| | | **1 Lamp (12 yrs old) $5.00** | | |
| | | **Desk & Chair/Wall Unit (20 yrs old) $150.00** | | |
| | | **Lamp (15 yrs old) $25.00** | | |
| | | **Laundry Room:** | | |
| | | **washer (10 yrs old) $50.00 - built in** | | |
| | | **dryer (10 yrs odl) $50.00 -built in** | | |
| | | **Patio:** | | |
| | | **Chaise and 2 chairs ( 5 yrs old) $35.00** | | |
| | | **Sofa & Love Seat (10 yrs old) $100.00 damage** | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | **Art (see attached list), paid approximately $200,000.00 when purchased , guestimate of value** | **-** | **20,000.00** |
| 6. | Wearing apparel. | **Everyday clothes** | **-** | **50.00** |
| 7. | Furs and jewelry. | **(3) Watches @ $10.00 each** | **-** | **30.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | **Term Policy (Banner Life) $2,000,000** | **-** | **0.00** |

|  | Sub-Total > | **21,055.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   __Paul Douglas McCraw_____,   Case No. ___11-20519_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Peregrine Partners Investments, LLC** **208 NW Fist Avenue** **Fort Lauderdale, FL   33301** | - | **0.00** |
| | | **Flagler 501 LLC  (75% interest)** **508 NW 1st Avenue** **Fort Lauderdale, FL   33301** | - | **0.00** |
| | | **Flagler Warehouse I, LLC  (75% interest)** **508 NW 1st Avenue** **fort Lauderdale, FL   33301** | - | **0.00** |
| | | **Flagler 500, LLC  (75% interest)** **508 NW 1st AVenue** **Fort Lauderdale, FL   33301** | - | **0.00** |
| | | **TF Storage Development Company, LLC  (possible 50% interest of which he owns 80%)** **51 Cayuga Raod** **Sea Ranch Lakes, FL   33308** | - | **0.00** |
| | | **TF Properties I, LLC  (unsure 80/20% interest)** **508 NW 1st Avenue** **Fort Lauderdale, FL   33301** | - | **0.00** |
| | | **Peregrine Partners Investments, LLC  (80% interest)** **508 NW 1st Avenue** **Fort Lauderdale, FL   33301** | - | **0.00** |
| | | **Empoint, LLC CY  (write off)** | - | **0.00** |
| | | **Tropical Storage Plantation, LLC  (80% interest)** **51 Cayuga Road** **Sea Ranch Lake, FL   33308** | - | **0.00** |

Sub-Total >        **0.00**
(Total of this page)

Sheet  __2__  of  __5__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Paul Douglas McCraw**                                    ,    Case No.   **11-20519**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Matrix Document Sciences, LLC  (write off 80/20)** **6301 NW 5th Way#1700** **Fort Lauderdale, FL   33309** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Eastside Institution'l Partnrs I, LP  (80% interest)** | - | **Unknown** |
| | | **1000 Brickell Avenue, LTD  ((6.25% of project (@ 80/20%)** **1000 Brickell Avenue #600** **Miami, FL   33131 (Investment paid out)** | - | **0.00** |
| | | **Southeastern Technology Fund LP  (80% interest)** | - | **0.00** |
| | | **STF Partners II LP  (80% interest)** | - | **Unknown** |
| | | **1000 Brickel Ave II, LTD   (6.75% of project 1 @ 80/20)** **1000 Brickell Avenue #600** **Miami, FL   33131** | - | **Unknown** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                **0.00**
(Total of this page)

Sheet   **3**   of   **5**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re __Paul Douglas McCraw_____,   Case No. ___11-20519_____

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Insurance claim on 1997 Porsche (#25 below) | - | 1,950.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Porsche Boxster (56,216 mileage reading) leak in top, extensive door damage | - | 5,625.00 |
| | | 2003 Mercedes E-320 (113,337 miles) damage | - | 8,850.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >          16,425.00
(Total of this page)

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Paul Douglas McCraw**                                    ,    Case No.    **11-20519**
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| Sub-Total > | | 0.00 |
| (Total of this page) | | |
| Total > | | 38,833.98 |

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# Art List

| Last Name | First | Type of Media |
|---|---|---|
| Akiyama | Keiko | Wood / Clay Sculpture |
| Alcalde | Jose | Painting on Canvas |
| Alcalde | Jose | Painting on Canvas |
| Almonte | Eliu | Collage / Drawing / Paper |
| Arenas | Nestor | Color Photograph |
| Barnes | James | Wood Vase |
| Benham | Pam | Oil / Canvas |
| Bennett | Scott | Ceramic Vase |
| Berger | Shana | Print/Paper |
| Bermudez | Sandra | Digital Photograph |
| Blackbooks | | Laser Etched Wood |
| Boner | Nada | Clay Head |
| Bozaeguterrez | Juan | Ceramic Pot |
| Brilliant | Jonathan | Print/Paper |
| Burnett | Jason | Clock - Mixed Media |
| Calder | Alexander | Print on Paper |
| Castillia-Bambaren | Jorge | Painting / Canvas |
| Castillia-Bambaren | Jorge | Painting / Canvas |
| Castillia-Bambaren | Jorge | Painting / Canvas |
| Castillia-Bambaren | Jorge | Acrylic on Paper |
| Castillio | Claudio | Electronic Media |
| Church | Elizabeth | Oil / Canvas |
| Cipriano | Andre | B/W Photograph |
| Clouthier | Irene | Color Photograph |
| Cogburn | Julie | Paper / Media / Collage |
| Coleman | Bill | Color Photograph |
| Coleman | Bill | Color Photograph |
| Cooper | Chip | Color Photograph |
| Crane | Robert | Photograph |
| Dani | | Vase |
| De Camillis | Dori | Painting / Canvas |
| Dial | Thornton | Watercolor / Paper |
| Dial | Thornton | Wood / Mixed media / Oil |
| Dial | Thornton | Wood / Mixed media / Oil |
| Dial | Thornton | Watercolor / Paper |
| Dunlap | William | Print A/P |
| Dunlap | William | Print / Collage |
| Eagle | Amber | Print / Paper |
| Fitzpatrick / Baker | | Color Photograph |
| Five | | Graffiti on Wood |
| Fuller | Scott | Engraving Print |
| Fuller | Scott | Engraving Print |
| Garcia | Ana | Watercolor / Ink / Paper |
| Gaultieri | Samuel | Drawing/Paper/ Wood |
| Gees Bend Quilts | | Fabric |
| Goode | Francie | Print/ Paper |
| Goodwill | James | Acrylic on Metal |
| Goodwill | James | Acrylic on Metal |

## Art List

| | | |
|---|---|---|
| Gurrero | Ivania | Watercolor./ Ink / Paper |
| Guzman | Miguel | Print / Mixed Media |
| Heer | Annette | Fabric |
| Holley | Lonnie | Acrylic / Paper |
| Holley | Lonnie | Metal / Wire |
| Jayo | Berta | Digital/Metal |
| Johnson | Courtney | Print / Paper |
| Johnson | Courtney | Stereoscope |
| Johnson | Louise | Collage / Paper |
| Kline | F | Watercolor/ Paper |
| Kopek | R. | Metal / Wood |
| Kreiger | Charles | Oil / Board |
| Land | Robbie | Color Photograph |
| Larsen | Bruce | Mixed Media / Wood |
| Love | Diane | Print on Canvas |
| Lucas | Charlie | Metal Sculpture |
| Lucas | Charlie | Oil / Wood |
| Mar | Pepe | Mixed Media |
| Mar | Pepe | Mixed Media |
| Marcelo | Rene | Ceramic/Media |
| Marsh | David | Painting / Canvas |
| Marshal | Jane | Ceramic Sculpture |
| McWilliams | Shari | Mixed Media Materials |
| Myatt | Greely | Mixed Media / Metal |
| Oliveson | Laurence | Photograph |
| Opalka | Brandon | Painting / Canvas |
| Oquet | Charo | Polaroid Photograph |
| Parkhill | Charles | Wood Sculpture |
| Patao | Hugo | Computer Media Print |
| Perez | Emilio | Oil / Media / Wood |
| Petterson | Christina | Video |
| Petterson | Christina | Drawing / Watercolor |
| Pollio | Png | Glass Sculpture |
| Rayburn | Dale | Lithograph |
| Rodriguez | Christina | Mixed Media Sculpture |
| Rojas | Jesus | Oil / Canvas |
| Rojas | Jesus | Acrylic / Sculpture |
| Rojas | Jesus | Acrylic/Paper |
| Ruiz | Marciel | Pen and Ink Watercolor / Paper |
| Russo | Michael | Mixed Media Sculpture |
| Russo | Michael | Mixed Media Sculpture |
| Sabrogal | Joselito | Drawing / Wood |
| Samplonius | Dave | Mirror |
| Sanchez | Emilio | Oil / Canvas |
| Schoenfeld | Anke | Computer Media Print / Wood |
| Soomboon | Boomrong | Oil / Canvas |
| Storm | Susan | Oil/Canvas |
| Thompson | Maura | Computer Media |
| Thurston | Steven | Ceramic Sculpture |

2

# Art List

| | | |
|---|---|---|
| Tolliver | Mose | Oil on Wood |
| Unknown | | Woven/Textile |
| Waters | John | Wood / Fabric Sculpture |
| Whisenhunt | Ted | Wood Sculpture |
| Wighall | | Ceramic Vase |
| Windchild | Karen | Ceramic / Media Sculpture |
| Wingaard | Paul | Wood Sculpture |
| Dial | Thornton | Wire/Paper/Media |

B6C (Official Form 6C) (4/10)

In re  **Paul Douglas McCraw**                                          ,          Case No.    **11-20519**
                                                                Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **cash** | **Fla. Const. art. X, § 4(a)(2)** | **50.00** | **50.00** |
| | **Fla. Stat. Ann. § 222.25(4)** | **0.00** | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Community Bank of Broward account ending in 3061** | **Fla. Const. art. X, § 4(a)(2)** | **220.00** | **488.98** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Living Room: 2 Leather Sofas (12 yr old) $250.00** | **Fla. Const. art. X, § 4(a)(2)** | **730.00** | **815.00** |
| **2 Fabric Chairs (10 yr old) $100.00** | **Fla. Stat. Ann. § 222.25(4)** | **85.00** | |
| **1 Glass Marble Table (20 yrs old) $30.00** | | | |
| **Ceramic Urn (25 yrs old) $5.00** | | | |
| **Sigel Rug (5 yrs old) $25.00** | | | |
| **Dining Room:** | | | |
| **Table & 4 charis $250.00** | | | |
| **1 Cabinet (25 yrs old) $30.00** | | | |
| **Buffet Cabinet (25 yrs old) $30.00** | | | |
| **Kitchen:** | | | |
| **Sm. appliances-microwave, blender (20 yrs old) $10.00** | | | |
| **dishes, glasses, utensils (20 yrs old) $10.00** | | | |
| **pots & pans, cooking utensils (20 yrs old) $10.00** | | | |
| **appliances (20 yrs old) $50.00** | | | |
| **Lucite Wire Rack (10 yrs old) $10.00** | | | |
| **Wood Wire Rack (15 yrs old) $5.00** | | | |

   _1_   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re     **Paul Douglas McCraw**
_____,     Case No.    **11-20519**
                                                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Master Bedroom:** | **Fla. Stat. Ann. § 222.25(4)** | **975.00** | **975.00** |
| **1 King bed (15 yrs old) $125.00** | | | |
| **2 night stands (5 yrs old) $20.00** | | | |
| **TV/DVD (15 yrs old) $5.00 no remote** | | | |
| **Radio/Stero/CD (7 yrs old) $10.00** | | | |
| **Chaise-Leather (10 yrs old) $100.00** | | | |
| **Floor Lamp (10 yrs old) $10.00** | | | |
| **3 Book shelves (15 yrs old) $30.00** | | | |
| **Bedroom 2:** | | | |
| **1 Queen bed (20 yrs old) $125.00 (head board only)** | | | |
| **1 night stand (10 yrs old) $10.00** | | | |
| **Leather chair *10 yrs old) $20.00** | | | |
| **3 Book shelves (15 yrs old) $30.00** | | | |
| **1 sm.side table (10 yrs) $5.00** | | | |
| **2 lamps (10 yrs old) $10.00** | | | |
| **Sigel Rug (5 yrs old) $20.00** | | | |
| **Bedroom 3/Den:** | | | |
| **Sofa (30 yrs old) $10.00** | | | |
| **1 table stand (4 yrs odl) $5.00** | | | |
| **TV/DVD/VCR/Stand/Speakers (10 yrs old) $5.00** | | | |
| **2 Leather Chairs (3 yrs old) $25.00** | | | |
| **1 Glass Marble Sm Table (20 yrs old) $20.00** | | | |
| **1 Acrylic Light Stand $5.00** | | | |
| **1 Lamp (12 yrs old) $5.00** | | | |
| **Desk & Chair/Wall Unit (20 yrs old) $150.00** | | | |
| **Lamp (15 yrs old) $25.00** | | | |
| **Laundry Room:** | | | |
| **washer (10 yrs old) $50.00 - built in** | | | |
| **dryer (10 yrs odl) $50.00 -built in** | | | |
| **Patio:** | | | |
| **Chaise and 2 chairs ( 5 yrs old) $35.00** | | | |
| **Sofa & Love Seat (10 yrs old) $100.00 damage** | | | |
| | | | |
| **Wearing Apparel** | | | |
| **Everyday clothes** | **Fla. Stat. Ann. § 222.25(4)** | **50.00** | **50.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **(3) Watches @ $10.00 each** | **Fla. Stat. Ann. § 222.25(4)** | **30.00** | **30.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1997 Porsche Boxster (56,216 mileage reading)** | **Fla. Stat. Ann. § 222.25(1)** | **1,000.00** | **5,625.00** |
| **leak in top, extensive door damage** | **Fla. Stat. Ann. § 222.25(4)** | **2,860.00** | |
| | Total: | **6,000.00** | **8,033.98** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Paul Douglas McCraw**                                          Case No.   __11-20519__
_____,
                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Equity Line on home** | | | | | |
| **Creditor #: 1**<br>**Community Bank of Broward**<br>**Loan Operations Dept.**<br>**1220 S State Road 7**<br>**Hollywood, FL 33023** | | - | **4800 Bayview Drive, PH1**<br>**Fort Lauderdale, FL   33308-4925**<br><br>**aka Coral Towers Condo Unit PH1C** | | | | | |
| | | | Value $                213,960.00 | | | | 147,105.99 | 142,649.99 |
| Account No. **2601** | | | **Opened 11/01/02 Last Active 2/07/11** | | | | | |
| **Creditor #: 2**<br>**Home Comings Financial**<br>**Attn:  Bankruptcy Dept.**<br>**1100 Virginia Drive**<br>**Fort Washington, PA 19034** | | - | **Conventional Real Estate Mortgage**<br><br>**4800 Bayview Drive, PH1**<br>**Fort Lauderdale, FL   33308-4925**<br><br>**aka Coral Towers Condo Unit PH1C** | | | | | |
| | | | Value $                213,960.00 | | | | 209,504.00 | 0.00 |
| Account No. | | | **Representing:**<br>**Home Comings Financial** | | | | | |
| **GMAC**<br>**POB 9001719**<br>**Louisville, KY 40290-1719** | | | | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__   continuation sheets attached | Subtotal<br>(Total of this page) | 356,609.99 | 142,649.99 |
| | Total<br>(Report on Summary of Schedules) | 356,609.99 | 142,649.99 |

B6E (Official Form 6E) (4/10)

In re __Paul Douglas McCraw_____,    Case No. ___11-20519_____
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Paul Douglas McCraw**                                              ,    Case No.    **11-20519**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.    1 | | | | May 25, 2006 unsecured loan to TF Pines Office guaranteed by James & Renee LaBonte | | | | |
| Creditor #: 1 18600 Pines Partners LLC 75 NE 6th Avenue #103 Delray Beach, FL 33483 | X | - | | | | X | | |
| | | | | | | | | 1,381,598.00 |
| Account No. | | | | | | | | |
| Stateside Capital Corp. 75 NE 6th Avenue #103 Delray Beach, FL 33483 | | | | Representing: 18600 Pines Partners LLC | | | | **Notice Only** |
| Account No.    xxxxxxxxxxx8093 | | | | Opened  7/01/86 Last Active  4/03/11 CreditCard | | | | |
| Creditor #: 2 American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | - | | | | | | |
| | | | | | | | | 4,796.00 |
| Account No.    xxxxxxxxxxx3861 | | | | Opened  6/01/96 Last Active  3/23/11 CreditCard | | | | |
| Creditor #: 3 Bank Of America Po Box 17054 Wilmington, DE 19850 | | - | | | | | | |
| | | | | | | | | 15,668.42 |

|  |  |
|---|---|
| __3__ continuation sheets attached | Subtotal (Total of this page)        **1,402,062.42** |

B6F (Official Form 6F) (12/07) - Cont.

In re __Paul Douglas McCraw_____,    Case No. ___11-20519_____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx8828 | | | Opened 10/01/98 Last Active 3/16/11 CreditCard | | | | |
| Creditor #: 4 Bank Of America Po Box 17054 Wilmington, DE 19850 | - | | | | | | 11,335.23 |
| Account No. xxxxxxxxxxxx0210 | | | Opened 9/01/03 Last Active 3/14/11 CreditCard | | | | |
| Creditor #: 5 Bank Of America Po Box 17054 Wilmington, DE 19850 | - | | | | | | 5,355.00 |
| Account No. | | | Personal loan | | | | |
| Creditor #: 6 Becky Patterson 2750 Westmoreland Drive Birmingham, AL 35223 | - | | | | | | 108,000.00 |
| Account No. xxxxxxxxxxx5168 | | | Opened 11/01/08 Last Active 4/01/11 CreditCard | | | | |
| Creditor #: 7 Chase P.O. Box 15298 Wilmington, DE 19850 | - | | | | | | 11,392.07 |
| Account No. | | | open invoices | | | | |
| Creditor #: 8 Edwards Angell Palmer & Dodge LLP Attn: Paul L. Costa, Client Services 2800 Financial Plaza 23D Providence, RI 02903 | - | | | | | | 8,689.17 |

Sheet no. __1___ of __3___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     144,771.47

B6F (Official Form 6F) (12/07) - Cont.

In re __Paul Douglas McCraw__ ,                              Case No. ___11-20519___
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 9** **Galic Storage LLC** **c/o Arthur Halsey Rice** **Rice Pugatch Robinson & Schiller, P.A.** **101 NE 3rd Avenue #1800** **Fort Lauderdale, FL 33301-1162** | X | - | Galic Storage, LLC & Regions Bank V. P. Douglas McCraw et al, Broward Case CACE 09054681, lawsuit for unpaid note | X | X | X | **2,450,000.00** |
| Account No. **Galic Storage** **Two Alhambra Plaza #1280** **Coral Gables, FL 33134** | | | Representing: Galic Storage LLC | | | | **Notice Only** |
| Account No. **Lorraine Wong, Esq.** **Rice Pugatch Robinson & Schiller, P.A.** **101 NE 3rd Avenue #1800** **Fort Lauderdale, FL 33301-1252** | | | Representing: Galic Storage LLC | | | | **Notice Only** |
| Account No. **Creditor #: 10** **Lutz Hofbauer** **717 Euclid Avenue** **Birmingham, AL 35213** | | - | Personal loan used for business | | | | **161,243.61** |
| Account No. **Creditor #: 11** **Pines Lenders LLC** **75 NE 6th Avenue #103** **Delray Beach, FL 33483** | X | - | November 30, 2007 unsecured to TF Pines Office guaranteed by James & Renee LaBonte | | X | | **1,795,598.00** |

Sheet no. _**2**___ of _**3**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           | **4,406,841.61**

B6F (Official Form 6F) (12/07) - Cont.

In re __Paul Douglas McCraw_____,     Case No. ____11-20519_____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** | | | | | **Representing:** | | | | |
| **Stateside Capital Corp.** **75 NE 6th Avenue #103** **Delray Beach, FL 33483** | | | | | **Pines Lenders LLC** | | | | **Notice Only** |
| **Account No.** Creditor #: 12 | | | | | **Defiency claim from Pines Prof & Med Cen** **foreclosure August 2010** | | | | |
| **Regions Bank** **POB 11407** **Birmingham, AL 35246** | X | - | | | | | X | | **399,741.70** |
| **Account No.** Creditor #: 13 | | | | | **Legal Fees for Pines Professional & Medical** **Center, LLC & other entities, maybe personally** **liable for some of these (estimate)** | | | | |
| **Schecter Law, P.A.** **Mark S. Schecter, Esq.** **100 NE Third Avenue #620** **Fort Lauderdale, FL 33301** | X | - | | | | | | | **90,000.00** |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __3___ of __3___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **489,741.70** |
| | Total (Report on Summary of Schedules) | **6,443,417.20** |

B6G (Official Form 6G) (12/07)

In re    **Paul Douglas McCraw**                                        ,          Case No.        **11-20519**
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Paul Douglas McCraw**                                                    ,        Case No.        **11-20519**
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **All-Dade Driveway Maint, Inc.**<br>**c/o Mark Schecter, Esq.**<br>**Schecter Law, P.A.**<br>**100 NE 3rd Avenue #620**<br>**Fort Lauderdale, FL 33301-1138** | **Galic Storage LLC**<br>**c/o Arthur Halsey Rice**<br>**Rice Pugatch Robinson & Schiller, P.A.**<br>**101 NE 3rd Avenue #1800**<br>**Fort Lauderdale, FL 33301-1162** |
| **G3 Const., Inc.**<br>**c/o Mark Schecter, Esq.**<br>**Schecter Law, P.A.**<br>**100 NE 3rd Avenue #620**<br>**Fort Lauderdale, FL 33301-1138** | **Galic Storage LLC**<br>**c/o Arthur Halsey Rice**<br>**Rice Pugatch Robinson & Schiller, P.A.**<br>**101 NE 3rd Avenue #1800**<br>**Fort Lauderdale, FL 33301-1162** |
| **James LaBonte**<br>**51 Cayuga Road**<br>**Fort Lauderdale, FL 33308** | **18600 Pines Partners LLC**<br>**75 NE 6th Avenue #103**<br>**Delray Beach, FL 33483** |
| **James LaBonte**<br>**51 Cayuga Road**<br>**Sea Ranch Lakes, FL 33308** | **Pines Lenders LLC**<br>**75 NE 6th Avenue #103**<br>**Delray Beach, FL 33483** |
| **James LaBonte**<br>**51 Cayuga Road**<br>**Fort Lauderdale, FL 33308** | **Regions Bank**<br>**POB 11407**<br>**Birmingham, AL 35246** |
| **James LaBonte**<br>**51 Cayuga Road**<br>**Sea Ranch Lakes, FL 33308** | **Schecter Law, P.A.**<br>**Mark S. Schecter, Esq.**<br>**100 NE Third Avenue #620**<br>**Fort Lauderdale, FL 33301** |
| **James M.Labonte**<br>**c/o Mark Schecter, Esq.**<br>**Schecter Law, P.A.**<br>**100 NE 3rd Avenue #620**<br>**Fort Lauderdale, FL 33301-1138** | **Galic Storage LLC**<br>**c/o Arthur Halsey Rice**<br>**Rice Pugatch Robinson & Schiller, P.A.**<br>**101 NE 3rd Avenue #1800**<br>**Fort Lauderdale, FL 33301-1162** |
| **Renee Labonte**<br>**c/o Mark Schecter, Esq.**<br>**Schecter Law P.A.**<br>**100 NE 3rd Avenue #620**<br>**Fort Lauderdale, FL 33301-1138** | **Galic Storage LLC**<br>**c/o Arthur Halsey Rice**<br>**Rice Pugatch Robinson & Schiller, P.A.**<br>**101 NE 3rd Avenue #1800**<br>**Fort Lauderdale, FL 33301-1162** |
| **Renee LaBonte**<br>**51 Cayuga Road**<br>**Fort Lauderdale, FL 33308** | **18600 Pines Partners LLC**<br>**75 NE 6th Avenue #103**<br>**Delray Beach, FL 33483** |

**1**
_____ continuation sheets attached to Schedule of Codebtors

In re    **Paul Douglas McCraw**
_____,    Case No.    **11-20519**    _____
                                Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Renee LaBonte**<br>**51 Cayuga Road**<br>**Fort Lauderdale, FL 33308** | **Pines Lenders LLC**<br>**75 NE 6th Avenue #103**<br>**Delray Beach, FL 33483** |
| **Renee LaBonte**<br>**51 Cayuga Road**<br>**Fort Lauderdale, FL 33308** | **Regions Bank**<br>**POB 11407**<br>**Birmingham, AL 35246** |
| **Renee LaBonte**<br>**51 Cayuga Road**<br>**Sea Ranch Lakes, FL 33308** | **Schecter Law, P.A.**<br>**Mark S. Schecter, Esq.**<br>**100 NE Third Avenue #620**<br>**Fort Lauderdale, FL 33301** |
| **Simplexgrinnell, LP**<br>**c/o Mark Schecter, Esq.**<br>**Schecter Law, P.A.**<br>**100 NE 3rd Avenue #620**<br>**Fort Lauderdale, FL 33301-1138** | **Galic Storage LLC**<br>**c/o Arthur Halsey Rice**<br>**Rice Pugatch Robinson & Schiller, P.A.**<br>**101 NE 3rd Avenue #1800**<br>**Fort Lauderdale, FL 33301-1162** |
| **TF Storage Prop I, LLC**<br>**c/o Mark Schecter, Esq.**<br>**Schecter Law P.A.**<br>**100 NE 3rd Avenue #620**<br>**Fort Lauderdale, FL 33301-1138** | **Galic Storage LLC**<br>**c/o Arthur Halsey Rice**<br>**Rice Pugatch Robinson & Schiller, P.A.**<br>**101 NE 3rd Avenue #1800**<br>**Fort Lauderdale, FL 33301-1162** |
| **Tropical Storage-Miramar, LLC**<br>**c/o Mark Schecter, Esq.**<br>**Schecter Law P.A.**<br>**100 NE 3rd Avenue#620**<br>**Fort Lauderdale, FL 33301-1138** | **Galic Storage LLC**<br>**c/o Arthur Halsey Rice**<br>**Rice Pugatch Robinson & Schiller, P.A.**<br>**101 NE 3rd Avenue #1800**<br>**Fort Lauderdale, FL 33301-1162** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re __Paul Douglas McCraw__                                     Case No. __11-20519__
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Real Estate Development & Manage** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
| b. Insurance | $ | 0.00 | $ | N/A |
| c. Union dues | $ | 0.00 | $ | N/A |
| d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): **Borrowing** | $ | 5,800.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 5,800.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 5,800.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 5,800.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Paul Douglas McCraw**                                        Case No.  **11-20519**
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home)                                $ | 1,991.76 |
|   a. Are real estate taxes included?  Yes  **X**  No ___ | |
|   b. Is property insurance included?  Yes  **X**  No ___ | |
| 2. Utilities:  a. Electricity and heating fuel                                                       $ | 82.00 |
|         b. Water and sewer                                                                 $ | 0.00 |
|         c. Telephone                                                                           $ | 24.00 |
|         d. Other  **Cable Television**                                             $ | 98.00 |
| 3. Home maintenance (repairs and upkeep)                                                           $ | 0.00 |
| 4. Food                                                                                                      $ | 600.00 |
| 5. Clothing                                                                                                  $ | 50.00 |
| 6. Laundry and dry cleaning                                                                             $ | 20.00 |
| 7. Medical and dental expenses                                                                         $ | 0.00 |
| 8. Transportation (not including car payments)                                                       $ | 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc.                          $ | 200.00 |
| 10. Charitable contributions                                                                            $ | 500.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's                                                 $ | 447.00 |
|         b. Life                                                                                   $ | 300.00 |
|         c. Health                                                                               $ | 380.00 |
|         d. Auto                                                                                 $ | 126.00 |
|         e. Other                                                                                 $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|       (Specify)                                                                                   $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto                                                                                 $ | 0.00 |
|         b. Other                                                                               $ | 0.00 |
|         c. Other                                                                               $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others                                           $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home            $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement)  $ | 0.00 |
| 17. Other  **Equity Line**                                                                          $ | 507.00 |
|     Other                                                                                            $ | 0.00 |

| | |
|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ | 5,775.76 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

| | |
|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a.  Average monthly income from Line 15 of Schedule I                                  $ | 5,800.00 |
| b.  Average monthly expenses from Line 18 above                                       $ | 5,775.76 |
| c.  Monthly net income (a. minus b.)                                                        $ | 24.24 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Paul Douglas McCraw**                                        Case No.    **11-20519**
                                    Debtor(s)                          Chapter     **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**25**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 13, 2011**                         Signature    **/s/ Paul Douglas McCraw**
                                                             **Paul Douglas McCraw**
                                                             Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Florida

In re __Paul Douglas McCraw__             Case No. __11-20519__

                        Debtor(s)          Chapter    __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,000.00** | **2010: Debtor Employment Income** |
| **$0.00** | **2009 Debtor Employment Income** |
| **$12,000.00** | **2008 Debtor Employment Income** |

2

**2. Income other than from employment or operation of business**

None  ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-585,392.00 | 2010: Debtor Interest / Dividends |
| $-685,974.00 | 2009: Debtor Interest / Dividends |
| $17,477.00 | 2008 Debtor Interest/Dividends |

**3. Payments to creditors**

None  ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None  ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Community Bank | monthly mortgage payments | $0.00 | $0.00 |
| Credit Cards | monthly payments to all credit cards except American Express paid by business in full monthly | $0.00 | $0.00 |
| Homecomings Financial | monthly mortgage payments | $0.00 | $0.00 |

None  ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Galic Storage, LLC & Regions Bank-sucessor for Union Planters Bank, N.A. vs. P. Douglas McCraw et al** **Case No.:  CACE09054681** | **Civil-Collection on Note** | **17th Judicial Circuit, Broward County, Florida** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Heather Foster** | **family friend** | **Graduation gift** | **$75.00** |

4

**8. Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **1997 Porsche Boxer** | **Automobile damaged when parked.  Damage to driver's door, needs to be replaced (deductable $750.00)** | **4/11** |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Moffa & Bonacquisti, P.A.**<br>**7771 W Oakland Park Blvd.**<br>**Suite 141**<br>**Sunrise, FL 33351** | **04/14/2011** | **$2,500.00** |

**10. Other transfers**

None ■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Friend** | **Borrowed 20 yr. old TV** | **-in condo Guest Bedroom** |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

6

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Flagler 501, LLC | 65-1053129 | 508 NW 1st Ave Fort Lauderdale, FL 33301 | Building | 10/12/2000-Present |
| Flagler Warehouse I, LLC | 65-0878243 | 508 NW 1st Ave Fort Lauderdale, FL 33301 | Building | 11/24/98-Present |
| Flagler 500, LLC | 65-0886930 | 508 NW 1st Ave Fort Lauderdale, FL 33301 | Building | 01/22/99-Present |
| TF Storage Development Company, LLC | 20-2149057 | 51 Cayuga Road Sea Ranch Lakes, FL 33308 | Investment | foreclosed (underlying property) |
| TF Properties I, LLC | 20-2345899 | 508 NW 1st Ave Fort Lauderdale, FL 33301 | Investment | foreclosed |
| Eastside Institution'l Partners I, LP | 20-2939774 | | Venture Capital Group - | ongoing |
| 1000 Brickell Avenue, LTD | 20-1602101 | 1000 Brickell Avenue #600 Miami, FL 33131 | Condo conversion | completed |
| Peregrine Partners Investments, LLC | 20-5606933 | 508 NW First Avenue Fort Lauderdale, FL 33301 | Investments | 8/22/97-Present |
| Southeastern Technology Fund LP | 63-1202132 | | Vent Capital | completed |
| Empoint, LLC CY | 63-1246200 | | | write off |

7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Tropical Storage Plantation, LLC** | **20-4558255** | | **Self-storage** | **ongoing** |
| **STF Partners II LP** | **63-1240735** | | **Venture Capital** | **ongoing** |
| **Matrix Document Sciences, LLC** | **20-5519953** | **6301 NW 5th Way Fort Lauderdale, FL 33309** | **Technology Company** | **closed** |
| **1000 Brickell Avenue II, LTD** | **20-8710591** | **1000 Brickell Avenue Suite 600 Miami, FL 33131** | **Parking Garage** | **ongoing (no income)** |
| **Matrix Document Sciences, Inc** | | | **Software development** | **closed in 2005** |
| **Tropical Storage PGA Blvd., LLC** | | | **Self Storage** | **closed in 2006** |
| **Quantum Racing Team, LLC** | | | **Horse racing** | **closed in 2008** |
| **Flagler 303 LLC** | | | **Commercial Building** | **sold and closed in 2009** |

None
☐    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| **Peregrine Partners Investments, LLC** | **508 NW First Avenue Fort Lauderdale, FL 33301** |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Ida Jolie** | **2006 to present** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

8

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                     DATE ISSUED

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR                DOLLAR AMOUNT OF INVENTORY
                                                                     (Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                                 NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                                 RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                        NATURE OF INTEREST                 PERCENTAGE OF INTEREST

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                           TITLE                               NATURE AND PERCENTAGE
                                                                         OF STOCK OWNERSHIP

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                    ADDRESS                             DATE OF WITHDRAWAL

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                           TITLE                               DATE OF TERMINATION

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                       DATE AND PURPOSE                     AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR        OF WITHDRAWAL                       OR DESCRIPTION AND
                                                                    VALUE OF PROPERTY

---

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

9

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **May 13, 2011**                            Signature    **/s/ Paul Douglas McCraw**

                                                              **Paul Douglas McCraw**
                                                              Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Paul Douglas McCraw**
                                  Debtor(s)
      Case No.   **11-20519**
      Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Community Bank of Broward** | **Describe Property Securing Debt:**<br>**4800 Bayview Drive, PH1**<br>**Fort Lauderdale, FL   33308-4925**<br><br>**aka Coral Towers Condo Unit PH1C** |

Property will be (check one):
   ■ Surrendered                            ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                   ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 2

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Home Comings Financial** | **Describe Property Securing Debt:**<br>**4800 Bayview Drive, PH1**<br>**Fort Lauderdale, FL   33308-4925**<br><br>**aka Coral Towers Condo Unit PH1C** |

Property will be (check one):

■ Surrendered                                        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                                  ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES            ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  __**May 13, 2011**__                    Signature    __**/s/ Paul Douglas McCraw**__
                                                                        **Paul Douglas McCraw**
                                                                        Debtor